# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Adam Francisco Mendoza**<br>DOB: 1982; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-13117MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 15, 2025, in the District of Arizona, **Adam Francisco Mendoza**, knowing and in reckless disregard of the fact that certain illegal aliens, including Aida Oliveros-Pinzon, Kristian Cristobal Sijuri-Tapia, and Osiel Bautista-Oliveros, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 15, 2025, in the District of Arizona (Douglas), at approximately 11:04 a.m., Border Patrol Agents (BPAs) working traffic operations on State Route 80 (SR-80) near mile marker 410 were notified by BPAs working a temporary checkpoint of a small grey blue Toyota that had performed a U-turn south of the temporary checkpoint and was headed back towards Douglas, AZ. A few minutes later, BPAs observed a vehicle passing their location that matched the description given to them by BPAs. BPAs had also observed this vehicle driving northbound a few minutes before it came back south. BPAs pulled behind the vehicle, followed it southbound, and ran record checks on the vehicle's temporary license plate. While following the vehicle southbound, the vehicle braked multiple times and swerved in the lane of travel as if the driver was focused on the presence of the BPAs rather than operating the vehicle. BPAs observed at least two people through the rear window frantically looking back at them. The record checks of the vehicle came back to a rental vehicle out of Tempe, Arizona. It is a common practice for human traffickers to use rental vehicles for smuggling schemes in this area. BPAs decided to initiate a traffic stop to conduct an immigration inspection on the occupants. BPAs questioned the four individuals in the vehicle of their immigration status and citizenship. The driver, identified as **Adam Francisco Mendoza**, was identified as being a United States citizen and provided an Arizona driver license. The other three subjects refused to identify their Country of Citizenship and denied having any identification. They also failed to provide any proper immigration documents. BPAs asked for their complete and correct names and date of birth to identify these individuals. BPAs ran record checks with the information the subjects provided, but all of the names and birthdates given appeared to be fraudulent as no records were able to be located on them. At this time, with the evidence presented, BPAs assumed they were concealing the fact that they were
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Aida Oliveros-Pinzon, Kristian Cristobal Sijuri-Tapia, and Osiel Bautista-Oliveros

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Lynnette C. Kimmins* | DATE<br>December 16, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

present in the United States illegally. Further Records checks were conducted, and they revealed the three passengers, including Aida Oliveros-Pinzon, Kristian Cristobal Sijuri-Tapia, and Osiel Bautista-Oliveros, were citizens and nationals of Mexico who do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Osiel Bautista-Oliveros stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and was going to pay $8,500 USD. He said he crossed the International Boundary Barrier (IBB) on December 14, 2025, with his mother and one other person. He was shown a map of the terrain and given instructions by phone to run north until they reached "Highway 80", where they would be picked up by a vehicle. At approximately 7:00 p.m., they arrived at the load up spot, and he received a call and was told that someone would arrive in a black, four-door, Honda Hybrid as depicted in the photo that was sent to him. At approximately 11:00 a.m., the vehicle arrived, and he and another migrant loaded into the car from the rear doors and his mother sat in the front passenger seat. He observed the driver on his cellphone. It appeared to be a three-way call, and the conversation was in English. During the conversation, the driver passed the phone to Bautista and told him to speak to the person on the phone and confirm he was picked up, and he complied and told the person on the phone, "we're in the car." They traveled for approximately ten minutes before he heard the driver say in English, "There's a checkpoint." The driver then performed a U-turn and drove in the opposite direction of the checkpoint. After approximately five minutes, Bautista heard the driver say "There's B.P." The driver then said, "I had a good two months of freedom; because I did time for doing the exact same thing." (paraphrasing) The driver was going to take them to Phoenix, Arizona where Bautista believed was the location of a warehouse based on a conversation with his smuggling coordinator. Bautista was shown a 6-pack photo lineup, and he identified **Mendoza** as the driver.

Material witness Kristian Cristobal Sijuri-Tapia is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States and was going to pay $7,000 USD. He crossed the IBB on December 14, 2025, with a group of three subjects and a guide, utilizing a ladder and climbing over the IBB. All three individuals were wearing camouflage clothing. The guide instructed them to cross the highway, hide in the trees, and wait to get picked up. Sijuri stated after being given the instructions, the guide returned to Mexico. They were picked up on December 15, at 10:00 a.m. A dark four door Toyota sedan drove in their direction and flashed its lights and stopped in front of them. The driver of the vehicle signaled them with a hand motion to get into the vehicle. Sijuri explained that the driver made a U-turn and started to drive to the Phoenix. After a couple minutes of driving, they made another U-turn because of the BP checkpoint. They were pulled over by BPAs and questioned as to their citizenship. Sijuri stated he told Border Patrol Agents he is from Phoenix and provided a false name. Sijuri described the driver to be an older man with short hair and a beard who was wearing a beige sweater and white shorts. Sijuri was shown a 6-pack photo lineup and identified **Mendoza** as the driver of the vehicle.

Material witness Aida Oliveros-Pinzon stated she is a citizen and national of Mexico. She made arrangements in Mexico to be smuggled into the United States. She paid a mafia fee of $1,500 and owed $8,000 USD. She stated they crossed the IBB on December 15, 2025, utilizing a ladder and climbing over the IBB at approximately 1:00 p.m. She stated all three individuals that crossed with her were wearing camouflage clothing. They were shown a map prior to her illegal crossing and shown what route to travel to the predetermined pick-up location. Her group was being guided via cell phone. They walked for approximately five hours before arriving at the pick-up location. They were picked up by the smuggling vehicle on December 15th, at approximately 10:00 a.m. She described the vehicle as a grey, four-door, sedan. When the vehicle arrived and came to a stop, her and the group got inside. They drove for approximately five minutes when they saw a Border Patrol Checkpoint, and the driver made a U-turn. After conducting the U-turn, they drove for approximately five minutes before BPAs stopped them. She described the driver as an older man with messy hair, no beard, and was wearing a beige sweater. Oliveros was shown a 6-pack photo lineup, and she identified **Mendoza** as the driver.